COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of S.I.B., C.D.S.B., K.F. and B.F. children v.
Department of Family and Protective Services

Appellate case number:   01-22-00906-CV

Trial court case number: 21-DCV-280651

Trial court:             328th District Court of Fort Bend County

This is an appeal from a final decree terminating parental rights. Appeals from orders terminating the parent-child relationship are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE, tit. 2, subtit. F app. The notice of appeal in this case was filed on December 7, 2022, and thus, the date of final disposition should be no later than June 5, 2023. Appellant's brief is currently due on January 26, 2023.

Appellant has filed a motion for extension of time to file her brief, but does not specify the length of extension she desires. Accordingly, we **grant** appellant's motion and **extend the deadline for filing appellant's brief until February 15, 2023**. No further extensions will be granted absent a showing of extraordinary circumstances.

It is so ORDERED.

Judge's signature: _____Richard Hightower_____
⌧ Acting individually    ☐ Acting for the Court

Date: ___January 12, 2023_____